SCWC-29480

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LAWRENCE P. PECK, ROBBYN L. PECK, and PECK, INC., a Hawai'i corporation, Petitioners/Plaintiffs-Appellees,

vs.

LYNN LINDER NAKKIM, and CONTINENTAL PACIFIC, LLC, a Delaware Limited Liability Company, Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29480; CIV. NO. 04-1-0374)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellees' application for writ of certiorari filed on April 28, 2014, is hereby rejected.

DATED: Honolulu, Hawai'i, June 9, 2014.

Douglas L. Halsted
for petitioners

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

